1

2

3

4

5

6

7

8                                **UNITED STATES DISTRICT COURT**

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11   SIERRA CONSTRUCTION & EXCAVATION, INC.,                    Case No. 1:23-cv-01139-SAB

12                            Plaintiff,                         ORDER VACATING SCHEDULING
                                                                CONFERENCE PURSUANT TO JOINT
13           v.                                                 SCHEDULING REPORT, ORDERING
                                                                DISPOSITIONAL DOCUMENTS
14   ENDURANCE ASSURANCE
     CORPORATION,                                               (ECF No. 9)
15
                             Defendant.                         **DEADLINE: TWENTY-ONE DAYS**
16

17

18          Plaintiff initiated this action on August 1, 2023.  (ECF No. 1.)  On October 30, 2023, the

19   parties filed a joint scheduling report pursuant to Federal Rule of Civil Procedure 26(f) wherein

20   the parties proffer they have reached a settlement.  (ECF No. 9.)  The parties represent they

21   anticipate having the settlement agreement finalized within the next fourteen (14) days.  (Id.)

22          As the filing contains no specific date by which the parties will file the stipulation of

23   dismissal, the Court shall require Plaintiff to file dispositional documents within twenty-one (21)

24   days, consistent with the Local Rule.  See L.R. 160(b) ("[T]he Court shall fix a date upon which

25   the documents disposing of the action or motion must be filed, which date shall not be more than

26   twenty-one (21) days from the date of said notification, absent good cause.").  At that point, if

27   Plaintiff requires additional time to file dispositional documents, Plaintiff may request an

28   extension of the deadline upon a demonstration of specific good cause.

                                                     1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.    The initial scheduling conference set for November 9, 2023 is VACATED; and

3     2.    The parties shall file dispositional documents within twenty-one (21) days of entry

4     of this order.

5

6 IT IS SO ORDERED.

7 Dated:   **October 31, 2023**

                                UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28