1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11   | SIERRA CONSTRUCTION & EXCAVATION, INC., | Case No.  1:23-cv-01139-SAB |

12

13   Plaintiff,

v.

14

15   ENDURANCE ASSURANCE CORPORATION,

16   Defendant.

ORDER DENYING NOTICE OF VOLUNTARY DISMISSAL AS PROCEDURALLY IMPROPER

(ECF No. 13)

**FOURTEEN DAY DEADLINE**

17

18   Plaintiff filed this action on August 1, 2023.  (ECF No. 1.)  On September 15, 2023,

19   Defendant filed an answer to the complaint.  (ECF No. 7.)  On December 18, 2023, Plaintiff filed

20   a notice of dismissal requesting the Court dismissed the action with prejudice.  (ECF No. 13.)

21   The filing does not cite any Federal Rule of Civil Procedure, is only signed by Plaintiff.

22   Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "a plaintiff has an

23   absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a

24   motion for summary judgment."  Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193

25   F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir.

26   1997)).  Here, Defendant has filed an answer, so Plaintiff cannot voluntarily dismiss this action

27   pursuant to Rule 41(a)(1)(A)(i).

28   Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an

1    action without a court order by filing a stipulation of dismissal signed by all parties who have

2    appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

3         A party may also dismiss an action by filing a motion requesting the Court to dismiss the

4    action.  Fed. R. Civ. P. 41(a)(2).  A motion for voluntary dismissal under Rule 41(a)(2) is

5    addressed to the sound discretion of the district court.  Hamilton v. Firestone Tire & Rubber Co.

6    Inc., 679 F.2d 143, 145 (9th Cir. 1982).

7         Plaintiff's notice of voluntary dismissal is defective because it is not a signed stipulation

8    by all parties who have appeared and it is not a motion under Rule 41(a)(2).  If Plaintiff wishes to

9    dismiss this action, they are required to comply with the procedures set forth in Rule 41 by filing

10   a stipulation that complies with Rule 41(a)(1)(A)(ii) or a motion under Rule 41(a)(2).

11        Accordingly, Plaintiff's notice of voluntary dismissal is HEREBY DENIED without

12   prejudice as procedurally improper.  Plaintiff shall file a request for dismissal that complies with

13   Rule 41 within fourteen (14) days from the date of entry of this order.

14

15   IT IS SO ORDERED.

16   Dated:   **December 19, 2023**

UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28