| | |
|---|---|
| SIERRA CONSTRUCTION & EXCAVATION, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENDURANCE ASSURANCE CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01139-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE TO CLOSE CASE AND ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL<br><br>(ECF No. 15) |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff filed this action on August 1, 2023. (ECF No. 1.) On September 15, 2023, Defendant filed an answer to the complaint. (ECF No. 7.) On December 18, 2023, Plaintiff filed a notice of dismissal requesting the Court dismiss the action with prejudice. (ECF No. 13.) On December 19, 2023, the Court denied the notice as procedurally improper. (ECF No. 14.) On December 19, 2023, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), now signed by all parties that have appeared. (ECF No. 15.)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

///

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a District Judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 20, 2023**

UNITED STATES MAGISTRATE JUDGE